IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MILAUDI KARBOAU, | No. 3:18-cv-01238-YY |
| Petitioner, | |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | ORDER |
| Respondent. | |

HERNÁNDEZ, District Judge:

Magistrate Judge You issued a Findings and Recommendation [20] on January 25, 2019, in which she recommends that the Court dismiss Plaintiff's case without prejudice for failure to prosecute. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 - ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge You's Findings and Recommendation [20]. Accordingly, Plaintiff's case is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this \_\_\_\_5\_\_\_\_ day of \_\_\_\_March_____, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge